# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON FERENCZ, *Administratrix of the Estate of Cade Stevens*, | ) ) ) ) | Civil Action No. 11 – 1130 |
| Plaintiff, | ) ) ) | District Judge Terrence F. McVerry Chief Magistrate Judge Lisa Pupo Lenihan |
| v. | ) ) | |
| LARRY MEDLOCK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM ORDER

Pending before the Court is a Report and Recommendation issued on November 5, 2013, wherein Chief Magistrate Judge Lenihan recommended that Plaintiff's Motion for Leave to Amend the Complaint be denied. The parties were informed that they had until November 22, 2013, to file written objections. No objections were filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 2nd day of December, 2013,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 72) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 93) dated November 5, 2013, is **ADOPTED** as the opinion of the Court.

By the Court:

s/Terrence F. McVerry
United States District Judge

cc: Counsel of Record
   (*Via ECF Electronic Mail*)