# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON FERENCZ, Administratrix** | ) | |
| **of the ESTATE OF CADE STEVENS**, | ) | Civil Action No. 2:11-cv-1130 |
| | ) | |
| | ) | **TYPE OF PLEADING**: |
| | ) | |
| Plaintiff, | ) | **RULE 41 VOLUNTARY** |
| | ) | **DISMISSAL** |
| | ) | |
| | ) | |
| | ) | *Section 1983 Civil Rights Action* |
| | ) | |
| | ) | |
| | ) | |
| | ) | **FILED ON BEHALF OF**: |
| VS. | ) | Shannon Ferencz, Administratrix of |
| | ) | the Estate of Cade Stevens. |
| **PRIMECARE MEDICAL, INC.,** | ) | |
| | ) | Noah Geary, Esquire |
| | ) | Washington Trust Building, Ste. 225 |
| | ) | Washington, PA 15301 |
| | ) | PA ID 78382 |
| | ) | |
| | ) | August 31, 2016 |
| | ) | |
| Defendants. | ) | |

**JURY TRIAL DEMANDED.**

**RULE 41 VOLUNTARY DISMISSAL FILED BY THE PLAINTIFF.**

**TO THE CLERK:**

The Plaintiff hereby voluntarily dismisses from this Civil Action the Defendant

PrimeCare Medical, Inc..

Respectfully submitted,

/s/ Noah Geary
Noah Geary, Esquire
Suite 225
Washington Trust Building
Washington, PA 15301
724-222-3788

**CERTIFICATE OF SERVICE:**

I, Noah Geary, Esquire, hereby certify that a true and correct copy of the foregoing

**PLAINTIFF'S RULE 41 VOLUNTARY DISMISSAL** was served via electronic filing this 31st

day of August, 2016 on the below-listed counsel of record:

Marie Milie Jones, Esquire
JonesPassodelis, PLLC
Gulf Tower, Suite 3510
707 Grant Street
Pittsburgh, PA 15219
mjones@jonespassodelis.com
Counsel for Fayette County,
Larry Medlock and Brian Miller

Suzanne B. Merrick, Esquire
Thomas P. McGinnis, Esquire
Thomas, Thomas & Hafer, LLP
One Oxford Centre
301 Grant Street, Suite 1150
Pittsburgh, PA 15219
smerrick@tthlaw.com
Counsel for Geary O'Neil
and Barry Simon

John Ninosky, Esquire
Law Offices of Johnson Duffie
301 Market Street
P.O. Box 109
Lemoyne, PA 17043-0109
jrn@jdsw.com
Counsel for PrimeCare Medical, Inc.

/s/ Noah Geary, Esquire
Noah Geary, Esquire
Suite 225
Washington Trust Building
Washington, PA 15301
724-222-3788